# CERTIFICATE OF SERVICE

I, Marshall S. Hendler, a paralegal at Thompson Wigdor & Gilly LLP, hereby certify that on this day a true and correct copy of the foregoing Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Complaint and Affirmation of Douglas H. Wigdor in Opposition to Defendants' Motion to Dismiss the Amended Complaint, were served upon counsel for Defendants via ECF on this 28th day of May 2010:

> Peter A. Walker, Esq.
> Seyfarth Shaw LLP
> 620 Eighth Avenue
> New York, New York 10018

Dated: New York, New York
       May 28, 2010

_____
Marshall S. Hendler