UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

CHRISTOPHER CLOKE-BROWNE,

    Plaintiff,

-v-                             No. 10 Civ. 2249 (LTS)(RLE)

BANK OF TOKYO-MITSUBISHI UFJ,
LTD. et al.,

    Defendants.

------------------------------------------------------x

### ORDER

    The pretrial conference scheduled for September 10, 2010, is hereby rescheduled for **November 12, 2010**, at **11:00 a.m.**

Dated: New York, New York
       August 16, 2010

LAURA TAYLOR SWAIN
United States District Judge

*USDC SDNY — DOCUMENT ELECTRONICALLY FILED — DOC #: — DATE FILED: 17 AUG 2010*