

# Thompson Wigdor & Gilly LLP ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.twglaw.com

**Douglas H. Wigdor**
dwigdor@twglaw.com

September 22, 2010
**VIA FACSIMILE**

Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312



**MEMO ENDORSED**

Re: Christopher Cloke-Browne v. Bank of Tokyo-Mitsubishi, UFJ, LTD., et al., No. 10 Civ. 2249 (LTS)

Dear Judge Swain:

We represent Plaintiff Christopher Cloke-Browne in the above-referenced matter and write this letter regarding Defendants' motion to dismiss which is currently *sub judice*.

As the Court is aware, on July 21, 2010, the Dodd-Frank Wall Street Reform and Consumer Protection Act ("DFA") was enacted, which clarifies the scope of employers intended to be covered under the whistleblower provisions of SOX. Specifically, Section 929A of the DFA states in its entirety that,

> Section 1514A of title 8, United States Code, is amended by inserting "including any subsidiary or affiliate whose financial information is included in the consolidated financial statements of such company" after "the Security Exchange Act of 1934 (15 U.S.C. 78o(d))".

The DFA clarifies that MUFG and *any subsidiary or affiliate whose financial information is included in the consolidated financial statements* is liable under SOX.

As we do not intend to run afoul of the Court's rules, we write to see whether the Court desires briefing on the impact of the DFA with regard to the pending motion.

# Thompson Wigdor & Gilly LLP ATTORNEYS AND COUNSELORS AT LAW

Hon. Laura T. Swain
September 21, 2010
Page 2


Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Douglas H. Wigdor*

Douglas H. Wigdor


cc: Lori Meyers, Esq.
    Peter Walker, Esq.

> Plaintiff may file a supplemental opposition brief of up to 5 pages in length by October 12, 2010; Defendant may file a supplemental reply brief of up to 5 pages by October 22, 2010.
>
> SO ORDERED.
>
> NEW YORK, NY
> Sept 23, 2010
> /s/ Laura Taylor Swain
> LAURA TAYLOR SWAIN
> UNITED STATES DISTRICT JUDGE