UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

CHRISTOPHER CLOKE-BROWNE,

    Plaintiff,

-v-                                  No. 10 Civ. 2249 (LTS)(RLE)

BANK OF TOKYO-MITSUBISHI UFJ,
LTD., et al.

    Defendants.

-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05 NOV 2010

## ORDER

In light of the pending motion to dismiss in the above-captioned matter, the initial pretrial conference, currently scheduled for November 12, 2010, is adjourned to **Thursday, January 6, 2011, at 12:00 p.m.**

SO ORDERED.

Dated: New York, New York
       November 4, 2010

/s/ LAURA TAYLOR SWAIN
United States District Judge