UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

CHRISTOPHER CLOKE-BROWNE,

       Plaintiff,

  -v-                                          No. 10 Civ. 2249 (LTS)(RLE)

BANK OF TOKYO MITSUBISHI
UFJ, LTD. et al.,

       Defendant(s).

-------------------------------------------------------x

## ORDER

The pretrial conference scheduled for Thursday, January 6, 2011, is hereby adjourned to **Thursday, February 10, 2011, at 2:00 p.m.**

    SO ORDERED.

Dated: New York, New York
       January 5, 2011

                                          LAURA TAYLOR SWAIN
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05 JAN 2011