**T|W|G**

**Thompson Wigdor & Gilly LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.twglaw.com

**David E. Gottlieb**
dgottlieb@twglaw.com

January 14, 2011

**VIA FACSIMILE**

Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: **19 JAN 2011**

# MEMO ENDORSED

> Re:  Christopher Cloke-Browne v. Bank of Tokyo-Mitsubishi, UFJ, LTD., et al.,
> No. 10 Civ. 2249 (LTS)

Dear Judge Swain:

We represent Plaintiff Christopher Cloke-Browne in the above-referenced matter and write this letter with Defendants' consent, to request an adjournment of the case management conference currently scheduled for February 10, 2011 to any of the following dates: March 21, 22, 23, 24, 25, 29 or 30, 2011. These dates are convenient for all counsel. The request is made due to a conflict with the currently scheduled date and an arbitration hearing in another matter.

Thank you for your attention to this matter.

Respectfully submitted,

David E. Gottlieb

cc: Lori Meyers, Esq.

*The conference is adjourned to March 25, 2011, at 10:15 AM.*

**SO ORDERED.**

NEW YORK, NY

LAURA TAYLOR SWAIN
Jan 14, 2011 UNITED STATES DISTRICT JUDGE