UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

In re.  Cases Assigned to Mediation         Standing Administrative Order
     by Automatic Referral

-------------------------------------------------------x

LORETTA A. PRESKA, Chief United States District Judge:

    Effective January 3, 2011, all employment discrimination cases, except cases brought under the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201, et seq., will be designated for automatic referral under the Court's existing Alternative Dispute Resolution program of mediation.

SO ORDERED:

DATED:    New York, New York
               January 3, 2011

                                                                    *Loretta A. Preska*
                                                             LORETTA A. PRESKA, Chief U.S.D.J.