UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHRISTOPHER CLOKE-BROWN

        Plaintiff,       Case No.: 10-cv-02249 (LTS)

  v.

                   **NOTICE OF APPEARANCE**

BANK OF TOKYO-MITSUBISHI UFJ, LTD.,
MITSUBISHI UFJ FINANCIAL GROUP,
HIDEYUKI TORIUMI, MASAHIRO HOSOMI,
KYOTA OMORI TIMOTHY S. TRACEY,
RANDALL C. CHAFETZ, and ANTHONY
MOON in their official and individual capacities,

        Defendants.
-------------------------------------------------------------------X

    PLEASE TAKE NOTICE that Raymond Audain, Esq. of Thompson Wigdor LLP hereby enters his appearance as counsel on behalf of Plaintiff Christopher Cloke-Brown in the above-captioned matter.

Dated: August 29, 2011
    New York, New York    Respectfully Submitted,

                 THOMPSON WIGDOR LLP

                 By: _____
                    Raymond Audain

                 85 Fifth Avenue
                 New York, NY 10003
                 Telephone: (212) 257-6800
                 Facsimile: (212) 257-6845
                 raudain@thompsonwigdor.com

                 Attorneys for Plaintiff