UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------- x
CHRISTOPHER CLOKE-BROWNE,

            Plaintiff,

     v.

BANK OF TOKYO-MITSUBISHI UFJ, LTD.,
MITSUBISHI UFJ FINANCIAL GROUP, HIDEYUKI
TORIUMI, MASAHIRO HOSOMI, KYOTA OMORI
TIMOTHY S. TRACEY, RANDALL C. CHAFETZ, and
ANTHONY MOON in their official and individual
capacities,

            Defendants.

------------------------------------------- x

Case No.: 10-cv-02249 (LTS)

**REVISED ~~PROPOSED~~ CASE SCHEDULING ORDER**

Plaintiff Christopher Cloke-Browne and Defendants The Bank of Tokyo-Mitsubishi UFJ ("BTMU"), LTD., Mitsubishi UFJ Financial Group ("MUFG"), Timothy S. Tracey, Randall C. Chafetz and Anthony Moon (collectively, "Defendants"),[1] by and through undersigned counsel, hereby set forth the following Revised Proposed Case Scheduling Order:

I. **Revised Proposed Case Scheduling Order**

  **Fact Discovery**

| | |
|---|---|
| Deadline for Conclusion of Fact Discovery: | December 28, 2011 |

  **Expert Discovery**

| | |
|---|---|
| Deadline for Plaintiff's Designation of Expert: | January 6, 2012 |
| Deadline for Service of Plaintiff's Expert Report: | January 13, 2012 |
| Deadline for Designation of Defendants' Expert: | February 3, 2012 |

---

[1] Defendants Masahiro Hosomi and Kyota Omori were voluntarily dismissed from this action on June 11, 2010. Hideyuki Toriumi was dismissed from this action by the Court in its Memorandum & Order dated February 9, 2011.

| | |
|---|---|
| Deadline for Service of Defendants' Expert Report: | February 10, 2012 |
| Deadline for Completion of Expert Depositions: | March 7, 2012 |

### Summary Judgment

| | |
|---|---|
| Deadline for Defendants' Motion for Summary Judgment: | March 21, 2012 |
| Deadline for Plaintiff's Opposition to Defendants' Motion: | April 20, 2012 |
| Deadline for Defendants' Reply: | May 4, 2012 |

Respectfully submitted,

THOMPSON WIGDOR LLP                     SEYFARTH SHAW LLP

By: /s/                                          By: /s/
    Douglas H. Wigdor                              Peter A. Walker
    David E. Gottlieb                              Lori M. Meyers
    85 Fifth Avenue                                620 Eighth Avenue
    New York, New York 10003                       New York, New York 10018
    Phone: (212) 257-6800                          Phone: (212) 218-5500
    Facsimile: (212) 257-6845                      Facsimile: (212) 218-5526
    dwigdor@thompsonwigdor.com                     pwalker@seyfarth.com
    dgottlieb@thompsonwigdor.com                   lmeyers@seyfarth.com

*Attorneys for Plaintiff*                       *Attorneys for Defendants*

The final pretrial conference is adjourned to July 27, 2012, at 11 AM.

**SO ORDERED:**

_____ 9/6/2011
Hon. Laura T. Swain