UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

CHRISTOPHER CLOKE-BROWNE,

                Plaintiff,

v.

BANK OF TOKYO-MITSUBISHI UFJ, LTD.,
MITSUBISHI UFJ FINANCIAL GROUP, HIDEYUKI
TORIUMI, MASAHIRO HOSOMI, KYOTA OMORI
TIMOTHY S. TRACEY, RANDALL C. CHAFETZ, and
ANTHONY MOON in their official and individual
capacities,

                Defendants.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/2011

Case No.: 10-cv-02249 (JPO)

**REVISED PROPOSED CASE SCHEDULING ORDER**

Plaintiff Christopher Cloke-Browne and Defendants The Bank of Tokyo-Mitsubishi UFJ ("BTMU"), LTD., Mitsubishi UFJ Financial Group ("MUFG"), Timothy S. Tracey, Randall C. Chafetz and Anthony Moon (collectively, "Defendants"),[1] by and through undersigned counsel, hereby set forth the following Revised Proposed Case Scheduling Order:

**I.  Revised Proposed Case Scheduling Order**

    **Fact Discovery**

| | |
|---|---|
| Deadline for Conclusion of Fact Discovery: | February 28, 2012 |

    **Expert Discovery**

| | |
|---|---|
| Deadline for Plaintiff's Designation of Expert: | March 6, 2012 |
| Deadline for Service of Plaintiff's Expert Report: | March 13, 2012 |
| Deadline for Designation of Defendants' Expert: | April 3, 2012 |

---

[1] Defendants Masahiro Hosomi and Kyota Omori were voluntarily dismissed from this action on June 11, 2010. Hideyuki Toriumi was dismissed from this action by the Court in its Memorandum & Order dated February 9, 2011.

| | |
|---|---|
| Deadline for Service of Defendants' Expert Report: | April 10, 2012 |
| Deadline for Completion of Expert Depositions: | May 7, 2012 |

**Summary Judgment**

| | |
|---|---|
| Deadline for Defendants' Motion for Summary Judgment: | May 21, 2012 |
| Deadline for Plaintiff's Opposition to Defendants' Motion: | June 19, 2012 |
| Deadline for Defendants' Reply: | July 3, 2012 |

Respectfully submitted,

THOMPSON WIGDOR LLP                              SEYFARTH SHAW LLP

By: /s/                                          By: /s/
    Douglas H. Wigdor                              Peter A. Walker
    David E. Gottlieb                              Lori M. Meyers
    85 Fifth Avenue                                620 Eighth Avenue
    New York, New York 10003                       New York, New York 10018
    Phone: (212) 257-6800                          Phone: (212) 218-5500
    Facsimile: (212) 257-6845                      Facsimile: (212) 218-5526
    dwigdor@thompsonwigdor.com                     pwalker@seyfarth.com
    dgottlieb@thompsonwigdor.com                   lmeyers@seyfarth.com

*Attorneys for Plaintiff*                        *Attorneys for Defendants*

SO ORDERED:

The case management conference is adjourned from January 20, 2012, to March 2, 2012, at 2:30 PM.

Hon. J. Paul Oetken
12/5/11

2