# SEYFARTH
## ATTORNEYS SHAW LLP

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5583

Writer's e-mail
lmeyers@seyfarth.com

Writer's direct fax
(917) 344-1221

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/12
```

February 27, 2012

**VIA FACSIMILE (212) 805-7991**

Honorable J. Paul Oetken
United States District Judge
United States District Court for
the Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:  *Christopher Cloke-Browne v. The Bank of Tokyo-Mitsubishi UFJ, Ltd., et al.*, 10 Civ. 2249 (S.D.N.Y.) (JPO)

Dear Judge Oetken:

This firm is counsel to Defendants The Bank of Tokyo-Mitsubishi UFJ, Ltd. ("BTMU"), Mitsubishi UFJ Financial Group, Inc. ("MUFG"), Timothy S. Tracey ("Tracey"), Randall C. Chafetz ("Chafetz") and Anthony Moon ("Moon") (collectively, "Defendants") in the above-referenced action. We write jointly with Plaintiff's counsel to advise Your Honor that the parties are in the process of drafting and executing a settlement agreement. As a result, we respectfully request that the case management conference currently scheduled for March 2, 2012 at 2:30 be cancelled.

*Granted. The March 2 conference is adjourned.*

Respectfully submitted,

SEYFARTH SHAW LLP

Lori M Meyers

cc:
David Gottlieb, Esq. (via facsimile)
Peter A. Walker

**SO ORDERED:**

2/27/12   J. PAUL OETKEN
          USDJ

14229823v.1

BRUSSELS · WASHINGTON, D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA