UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CHRISTOPHER CLOKE-BROWNE,                                   :
                                                            :
                                  Plaintiff,    :
                                                            :
                -against-                                  :
                                                            :
BANK OF TOKYO-MITSUBISHI UFJ, LTD. et                       :
al,                                                         :
                                Defendants.   :
                                                            :
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 29 2012
```

10 Civ. 2249 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

       The parties in this case wrote the Court on February 27, 2012, to report that the parties were "in the process of drafting and executing a settlement agreement." (Dkt. No. 44.) Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

SO ORDERED.

Dated: New York, New York
       March 29, 2012

                                                  _____
                                                  J. PAUL OETKEN
                                                 United States District Judge