

# Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 2 7 2012
```

New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**David E. Gottlieb**
dgottlieb@thompsonwigdor.com

April 26, 2012

**VIA FACSIMILE**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Cloke-Browne v. Bank of Tokyo-Mitsubishi UFJ, Ltd., et al., No: 10 Civ. 2249</u>

Dear Judge Oetken:

We represent Plaintiff in the above-referenced matter and write with Defendants' consent to respectfully request a 30 day extension of time to complete the settlement of the above-referenced matter. On March 29, 2012, the Court dismissed this action without prejudice to restoring the matter provided that any such application to restore was to be made within 30 days. The parties expeditiously negotiated and drafted a settlement agreement though the process took longer than anticipated for a variety of reasons. The settlement agreement has been agreed to by all parties, and the parties are only awaiting original signed documents from the Plaintiff (who currently resides in the United Kingdom) followed by the consideration provided in the agreement. A 30 day extension from April 29, 2012 to May 29, 2012 will provide the parties sufficient time to fully close this matter.

Thank you for Your Honor's attention to this matter.

Respectfully Submitted,

David E. Gottlieb

cc: Lori M. Meyers, Esq. (*via email*)

**APPLICATION GRANTED:**

HON. J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE

4/27/12